[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1017

 MISAEL LEON-RIVERA, ET AL.,

 Plaintiffs, Appellants,

 v.

 UNITED STATES OF AMERICA,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Salvador E. Casellas, U.S. District Judge] 

 

 Before

 Selya, Circuit Judge, 
 Cyr, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

Dennis A. Simonpietri on brief for appellant. 
Guillermo Gil, United States Attorney, and Isabel Munoz-Acosta, 
Assistant United States Attorney, on brief for appellee.

 

 December 10, 1997
 

 Per Curiam. After careful review of the briefs and the 

record, we are not convinced that the magistrate judge

committed any error. We will not second-guess the weight

accorded to the evidence or the credibility due to the

witnesses. The magistrate judge's findings and conclusions

were adequately detailed, supported by the evidence, and

consistent with the applicable law. See Clemente v. 

Carnicon-Puerto Rico Management Assoc., 52 F.3d 383, 389 (1st 

Cir. 1995). 

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-